238

781 S.E.2d 355

## Re APPOINTMENT OF MEMBERS OF the BOARD OF PARALEGAL CERTIFICATION.

Supreme Court of South Carolina.

Jan. 6, 2016.

## ORDER

In accordance with Rule 429, SCACR, the Board of Governors of the South Carolina Bar has nominated five Regular members of the South Carolina Bar and four paralegals to serve on the Board of Paralegal Certification. The following persons are hereby appointed to the Board of Paralegal Certification for the specified terms. Meliah B. Jefferson is appointed as Chairperson of the Board.

| Regular Members | Term |
|---|---|
| Meliah B. Jefferson, Chairperson | February 1, 2016–January 31, 2018 |
| Elizabeth Owen Mann | February 1, 2016–January 31, 2019 |
| William McSorley | February 1, 2016–January 31, 2019 |
| Hervery B.O. Young | February 1, 2016–January 31, 2018 |
| April N. Vance | February 1, 2016–January 31, 2017 |
| Paralegal Members | Term |
| Karen M. Cummins | February 1, 2016–January 31, 2019 |
| Amanda Durham | February 1, 2016–January 31, 2018 |
| Rebecca J. Maxson | February 1, 2016–January 31, 2017 |
| Heather Osborne | February 1, 2016–January 31, 2017 |

/s/Costa M. Pleicones, C.J.
Chief Justice of South Carolina